JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEVON CAPLAN,<br><br>            Plaintiff,<br><br>       v.<br><br>THE HON. AARON FORD, ATTORNEY GENERAL ON BEHALF OF THE STATE OF NEVADA, and JOHN (JANE) DOES 1-10,<br><br>            Defendants. | Case No. 2:22-cv-08759-JWH-MRW<br><br>**JUDGMENT** |

Pursuant to the Order Granting Plaintiff's Motion for Extension of Time to File Proof of Service [ECF No. 46] entered on or about August 3, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure in view of Plaintiff Richard Levon Caplan's failure to comply,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Defendant The Hon. Aaron Ford shall have **JUDGMENT** in his favor, and against Plaintiff Richard Levon Caplan. Plaintiff Richard Levon Caplan shall take nothing by way of his Complaint. This action, including all claims asserted herein, is **DISMISSED.**

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 27, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-